IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **20-CV-00208-GPG**
(To be supplied by the court)

  Tiffany Grays                                              , Plaintiff

v.

  See Section B                                              ,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## AMENDED COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Tiffany Grays   PO Box 472322 Aurora, CO 80047
(Name and complete mailing address)

720-623-1883  Legalgrays@gmail.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Kittredge CO Partners, LLC   1900 W. Littleton Boulevard, Littleton, CO 80120
(Name and complete mailing address)

(404) 965-3988
(Telephone number and e-mail address if known)

Defendant 2: Cortland Management, LLC   3424 Peachtree Rd, Ste. 300 Atlanta, GA 30326
(Name and complete mailing address)

(404) 965-3988
(Telephone number and e-mail address if known)

Defendant 3: Unknown Kittredge CO Partners, LLC Co-Conspirators   1900 W. Littleton Boulevard, Littleton, CO 80120
(Name and complete mailing address)

(404) 965-3988
(Telephone number and e-mail address if known)

Defendant 4: Unknown Cortland Management, LLC Co-Conspirators   3424 Peachtree Rd. Ste. 300 Atlanta, GA 30326
(Name and complete mailing address)

(404) 965-3988
(Telephone number and e-mail address if known)

Defendant 5: Ashley Bussard   4699 Kittredge St, Denver, CO 80239
(303) 362-0300 | ashley.bussard@cortlandpartners.com

Defendant 6: Kayla Hedemark   4699 Kittredge St. Denver, CO 80239
(303) 362-0300

Defendant 7: RealPage, Inc   7700 E ARAPAHOE RD STE 220 CENTENNIAL, CO 80112-1268
(877) 325-5387

**C.     JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒     Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 U.S.C. § 1981         42 U.S.C. § 3613     15 U.S.C. §§ 1681 et seq,

28 U.S.C. § 1367, 42 U.S.C. § 1982

☐     Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

D.  **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: DISCRIMINATION AND RETALIATION IN RENTAL HOUSING

Supporting facts:   42 U.S.C. § 3601 et seq
                    LAKECREST

46.  Disparate impact in housing parallels employment hiring policies and practices under Title VII of the Civil Rights Act of 1964.

47.  Plaintiff was an applicant for permanent rental housing at Lakecrest on or about July 24, 2018.

48.  Upon the conclusion of Plaintiff's application, Plaintiff chose a specific apartment and provided Lakecrest a monetary deposit for said dwelling, in addition to an application fee. Based on information contained within Plaintiff's application, and within the subsequent consumer report obtained by Lakecrest through RealPage, Plaintiff was eligible for housing at Lakecrest.

49.  Plaintiff did not pose a direct threat to the health or safety of other individuals or whose tenancy would result in substantial physical damage to the property of others.

50.  Ms. Bussard evaluated the risk of approving applicants with criminal histories which were conditionally approved and not automatically denied. The Rental Application provided "it is possible an application may be denied due to criminal history." Continuing affirming Lakecrest only "… prohibits registered sex offenders."

51.  Lakecrest's Criminal Screening Decision Worksheet for Conditional Approvals provided to the CCRD, contains criteria which were beyond the scope of the Rental Application; making the worksheet fictitious in nature; or if true, a declaration from Defendants on additional failures to disclose purposes of intended use of consumer reports to applicants for housing; as named Plaintiff. [4]

(See attached for additional Claims and Claim One Continued).

CLAIM TWO:  VIOLATIONS OF 42 U.S.C. § 1981 et seq
LAKECREST

Supporting facts:

70. In Runyon v. McCrary, 427 U.S. 160 (1976), the Supreme Court held that Section 1981 applied to private conduct as government action.

71. In Patterson v. McLean Credit Union, the Supreme Court determined, "to make and enforce contracts" in section 1981 "includes making, performance, modification, and termination of contracts." Patterson v. McClean Credit Union. 491 U.S. 164, 109 S. Ct. 2363, 105 L. Ed. 2d 132 (1989).

72. 1981 rights are protected against impairment by nongovernmental discrimination and impairment under the color of the law.

73. Plaintiff is a member of racial minority groups dark-skinned black, African American.

74. Plaintiff was discriminated against within making and enforcement of rental housing applications or contracts with Lakecrest, as is enjoyed by white citizens.

75. By and through the preceding paragraphs, Lakecrest intentionally deprived Plaintiff of the same rights as are enjoyed by white citizens to the creation, performance, enjoyment, and all benefits and privileges, of their contractual relationship with Lakecrest, in violation of 42 U.S.C. §1981.

76. As a result of Lakecrest's discrimination in violation of Section 1981, Plaintiff has been denied housing opportunity; thereby entitling her to injunctive and equitable monetary relief, as she has suffered anguish, humiliation, distress, inconvenience and loss of enjoyment of life because of Lakecrest's actions, thereby entitling them to compensatory damages.

(See attached for additional Claims and Claim One Continued).

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

258.   Plaintiff re-alleges the preceding paragraphs set forth above and incorporate them herein by reference. Plaintiff has suffered inter alia, severe emotional and mental distress as a result of the fraudulent behavior of the Defendants; all resulting in inter alia loss of life enjoyment, past and future pain and suffering, and an increased risk of harm. Past and future lost income, wages, and earnings.

**WHEREFORE,** Plaintiff prays for judgment as follows:

I.   Declare that the policies and practices of Defendants constitute violations of the Fair Housing Act, 42 U.S.C. §§ 3601-3619; and the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq.

(See additional pages for continued Relief)

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

__/s/ Tiffany Grays, pro se_____
(Plaintiff's signature)


__March 16 2020_____
(Date)




(Revised December 2017)