IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00208-GPG

TIFFANY GRAYS,

    Plaintiff,

v.

KITTREDGE CO PARTNERS, LLC,
CORTLAND MANAGEMENT, LLC
UNKNOWN KITTREDGE CO PARTNERS, LLC, Co-Conspirators,
UNKNOWN CORTLAND MANAGEMENT, LLC, Co-Conspirators,
ASHLEY BUSSARD,
KAYLA HEDEMARK,
REALPAGE, INC.,

    Defendants.

## ORDER ASSIGNING CASE

After review pursuant to 28 U.S.C. §1915, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be assigned to Magistrate Judge S. Kato Crews pursuant to D.C.COLO.LCiv R 40.1(d)(1).

Accordingly, it is

ORDERED that this case shall be assigned to Magistrate Judge S. Kato Crews pursuant to D.C.COLO.LCiv R 40.1(d)(1).  It is

FURTHER ORDERED that the Motion Permitting Enlarged Complaint (ECF No. 7) is granted.

DATED April 16, 2020.

BY THE COURT:

_____

Gordon P. Gallagher

United States Magistrate Judge